Eric K. Fogderude, #070860
FLETCHER & FOGDERUDE, INC.
A Professional Corporation
5412 North Palm Avenue, Suite 101
Fresno, California 93704
Telephone:(559) 431-9710
Facsimile: (559) 431-4108
E-mail: efogderude1@yahoo.com

Attorney for Defendant CASSANDRA CASAREZ FIERROS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 11 CR 00274 LJO |
| )  Plaintiff, ) | STIPULATION AND ORDER TO MODIFY ORDER SETTING |
| vs. ) | CONDITIONS OF RELEASE |
| ) | |
| CASSANDRA CASAREZ FIERROS ) | |
| )  Defendants. ) | |
| _____) | |

   Defendant, CASSANDRA CASAREZ FIERROS, by and through her attorney of record Eric K. Fogderude and the United States of America, by that through its attorney of record Henry Z. Carbajal III, stipulate that the Order Setting Conditions of Release for Cassandra Fierros, ordered by the Honorable Dennis L. Beck, U.S. Magistrate Judge of August 23, 2011, be modified as to condition 7(d) to allow Cassandra Fierros to have contact and live with her mother Rosemary Fierros, on the condition that they not discuss the facts of this case with each other unless accompanied by their respective attorneys.

///

1    All other conditions of release previously ordered shall
2 remain in full force and effect.
3    Good cause exists for granting this modification because
4 Cassandra Fierro's has lost her current place of residence and her
5 mother has offered to allow her to reside in her home.

7 DATED: March 15, 2012           FLETCHER & FOGDERUDE, Inc.

                                  /s/ Eric K. Fogderude
9                                 ─────────────────────────
                                  ERIC K. FOGDERUDE
                                  Attorney for Defendant,
10                                CASSANDRA CASAREZ FIERROS

12 Dated: March    , 2012          McGREGOR W. SCOTT
                                   United States Attorney

                                   /s/ Henry Z Carbajal III
14                                 ─────────────────────────
                                   HENRY Z. CARBAJAL III
15                                 Assistant US Attorney

17                              **ORDER**

18    GOOD CAUSE APPEARING, the previous Order Setting Conditions
19 of Release is modified to allow Defendant CASSANDRA CASAREZ
20 FIERROS to associate and reside with her mother, Defendant
21 Rosemary Fierros on the condition that they do not discuss the
22 facts of this case unless in the company of their respective
23 attorneys.  All other terms and conditions of release previously
24 entered shall remain in full force and effect.
25    IT IS SO ORDERED.
26    **Dated:  March 15, 2012**            **/s/ Dennis L. Beck**
                                   UNITED STATES MAGISTRATE JUDGE